UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIM. NO.19-10459-RWZ-50 |
| TANAIRY RUIZ | ) ) ) | |

**DEFENDANT'S MOTION FOR LEAVE TO TRAVEL TO THE DISTRICT OF RHODE ISLAND ON JANUARY 28, 2020 AND THEREAFTER (WITH PRIOR APPROVAL OF THE PROBATION DEPARTMENT) AS REQUIRED FOR NECESSARY MEDICAL CARE**
*(ASSENTED TO)*

Now comes TANAIRY RUIZ, defendant herein, and requests leave to travel to the District of Rhode Island for medical care to be provided by Dr. Rebecca J. Crichton, a physician specializing in the practice of OBGYN on January 28, 2020 *(as well as for days or portions thereof on which any subsequent appointments are scheduled with the advance approval of the Probation Department)*.

As grounds thereof, the Defendant states:

1. Her primary care provider has referred her to the care of Dr. Crichton.

2. She has provided notice of this appointment to her probation officer.

3. In the event that further appointments for her medical care are advisable or required, Ms. Ruiz requests leave to attend and receive such medical care providing she receives advance permission to travel to the adjoining federal district of Rhode Island from the Probation Officer assigned to monitor and supervise her compliance with the conditions of pretrial release set by this Court.

Respectfully Submitted,

**TANAIRY RUIZ**
By his attorney,

/s/*George F. Gormley*
George F. Gormley (BBO# 204140)
GEORGE F. GORMLEY, P.C.
160 Old Derby Street, Suite 456
Hingham, MA 02043
tel: (617) 268-2999
fax: (617) 268-2911
Date: January 13, 2020                email: gfgormley@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/*George F. Gormley*
George F. Gormley